IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ALDRED NEAL,
    Plaintiff,

v.                                         CASE NO. 01-3434-JAR

D.F. LEWIS, ET AL.,
    Defendants.

## MINUTE ORDER

UPON DIRECTION OF THE COURT:

The request of the Plaintiff, Aldred Neal, for time extension or enlargement of time to answer Defendants' counclaim/request for relief and affirmative defenses (doc.57). The request of plaintiff is granted and the plaintiff shall until February 28, 2004 to file an answer to the Defendants' counterclaim/request for relief and affirmative defenses.

IT IS SO ORDERED this 3rd day of December, 2003.

RALPH L. DELOACH, CLERK

                    Monice K. Crawford
                        Deputy Clerk