Aldred NEAL #39118
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043



FILED
FEB 27 2004
RALPH L. DeLOACH, Clerk
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ALDRED NEAL, )
       Plaintiff, )
)
v. ) Case No. 01-3434-GTV
)
D.F. LEWIS, et. al., )
       Defendants. )
_____ )

### REQUEST FOR TIME EXTENSION OR ENLARGEMENT

COMES NOW, Plaintiff, Aldred Neal, pro se, to request a time extension to answer Defendants counterclaim/request for relief, and affirmative defenses.

Plaintiff's time has not yet expired to comply with Rule 12 (a) (2), therefore plaintiff has not submitted a motion to show excusable neglect. Plaintiff request a time extension because:

1) Plaintiff is not that well versed in the Law and is acting on his own behalf.

2) Has very limited access to the Law Library, and has not be able to attend the Law Library, due to the method L.C.F. uses to conduct Law Library (see attached grievance.

Given the above factors the plaintiff request an extension of 90 days, or until May 30, 2004.

_____
Aldred Neal

CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing Plaintiff's REQUEST FOR TIME EXTENSIONS OR ENLARGEMENT was served by depositing the same in the United States Mail, first class postage prepaid, the 25th day of February 2004, to the following:

JULIME L. ST. PETER #15484
E.D.C.F. P.O. BOX 311
ELDORADO, KS 67504

REBECCA WEEKS
ASSISTANT ATTORNEY GENERAL
MEMORIAL HALL
TOPEKA, KS 66612-1597