**jms**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ALDRED NEAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 01-3434-JAR |
| | ) |
| | ) |
| **D.F. LEWIS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### ORDER DENYING MOTION FOR EXTENSION OF TIME

This matter is before the Court on plaintiff Aldred Neal's Motion for Extension of Time (Doc. 59). Plaintiff requests an extension of time to respond to defendants' motion for summary judgment (Doc. 52), which was filed August 8, 2003. The Court has already granted plaintiff's two previous requests for extensions, giving plaintiff over six months to respond to defendants' summary judgment motion. Because plaintiff has been accorded sufficient time to respond to defendants' motion, the court will not grant plaintiff's *third* motion for an extension of time. To do so would result in needless delay and waste judicial resources.

**IT IS THEREFORE ORDERED BY THE COURT** that plaintiff's Motion for Extension of Time (Doc. 59) is DENIED.

**IT IS SO ORDERED.**

Dated this  29th  day of March, 2004

    S/ Julie A. Robinson
Julie A. Robinson
United States District Judge