Brian D. Sheern No. 21479
Assistant Attorney General
Office of Attorney General Phill Kline
120 S.W. 10th Avenue, 2nd Floor,
Topeka, Kansas 66612-1597
(785) 296-2215

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ALDRED NEAL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 01-3434-JAR |
| ) | |
| **D.F. LEWIS, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### MOTION FOR DECISION ON UNOPPOSED SUMMARY JUDGMENT MOTION

COME NOW, Defendants, D.F. Lewis, D. Bratton, Michael Nelson, K. Dutton, J. Spilker, Don Thomas and William Cummings, by and through counsel, Brian D. Sheern and move this Court to rule on Defendants' unopposed Motion for Summary Judgment. In support of said motion, Defendants state the following:

1.  Defendants filed their Motion for Summary Judgment on August 5, 2003.

2.  Plaintiff was served with Defendants' motion through the United States Mail, first class postage prepaid, the 5th day of August, to:

    Aldred Neal, #39118
    Lansing Correctional Facility
    PO Box 2
    Lansing, KS 66043

3.  Plaintiff was granted two extensions of time, giving him over six months to respond to Defendants' motion.

4. Plaintiff had until February 28, 2004 to respond to Defendants' motion for summary judgment and failed to do so.

5. The Court denied Plaintiff's third Motion for Extension of Time on March 29, 2004.

6. Plaintiff had sufficient time to respond to Defendants' motion for summary judgment and did not.

WHEREFORE, Defendants respectfully request this Court to rule on their unopposed motion for summary judgment and for such other relief the Court deems necessary and proper.

Respectfully submitted,

PHILL KLINE
ATTORNEY GENERAL

 s/ Brian D. Sheern
Brian D. Sheern, No. 21479
Assistant Attorney General
Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor,
Topeka, Kansas 66612-1597
Telephone (785) 296-2215
Fax (785) 291-3736

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing MOTION FOR DECISION ON UNOPPOSED SUMMARY JUDGMENT MOTION was served by depositing same in the United States Mail, first class postage prepaid, the 24th, day of May, 2004, to:

Aldred Neal, #39118
Lansing Correctional Facility
PO Box 2
Lansing, KS 66043-0002
Plaintiff *pro se*

/s/ Brian D. Sheern
Brian D. Sheern